IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELE ANNE MELTON, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO. 20-5307 |

## ORDER

**AND NOW**, this 25th day of April 2022, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 18) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Upon remand: (a) the ALJ shall reconsider whether to accept Dr. Critchlow's opinion that Plaintiff has marked limitation in her ability to interact with coworkers; (b) if so, the ALJ shall formulate a new RFC, include the marked limitation in appropriate hypothetical question(s) posed to the VE, and render a new disability determination; (c) the ALJ shall explicitly determine the weight she will afford to the corroboration provided by Plaintiff's mother in her report and she shall re-evaluate the weight she will afford to Plaintiff's subjective symptoms.

**BY THE COURT**:

_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
United States Magistrate Judge